SAGER-SPUCK SUPPLY COMPANY, INC., Respondent, *v.* TER BUSH & POWELL, INC., Appellant.

(Argued December 15, 1933; decided January 9, 1934.)

*H. E. Blodgett* for appellant.

*Edwin L. Fowler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.